**STATE of Louisiana, Through DEPART-MENT OF PUBLIC WELFARE et al.**

No. 52299.

April 6, 1972.

that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

Writ granted but limited to the liability of the husband and the Department of Welfare. In all other respects it is denied.

SUMMERS, J., is of the opinion a writ should be granted on all issues.

■

259 So.2d 912

**STATE of Louisiana**

v.

**EROS CINEMA, INC.**

No. 52302.

April 6, 1972.

(See order).

The petition of the relator in the above entitled and numbered case having been duly considered,

It is ordered that a writ of certiorari issue herein, directing the Honorable Jerome M. Winsberg, Judge of the Criminal District Court for the Parish of Orleans, to transmit to the Supreme Court of Louisiana, on or before the 9th day of June, 1972, the record in duplicate, or a certified copy of the record in duplicate, of the proceedings complained of by the relator herein, to the end that the validity of said proceedings may be ascertained.

It is further ordered that the aforesaid Judge of said Court and the respondent through counsel shall show cause, in this court, on the date aforesaid, at 11 o'clock A.M., why the relief prayed for in the petition of the relator should not be granted.